## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHEL PRUCHNO,<br><br>    Plaintiff,<br><br> v.<br><br>ROWAN UNIVERSITY et al;<br><br>    Defendants. | No. 1:24-cv-06619-ESK-EAP |

## **ORDER**

Counsel having conferred, it is on this _____ day of _____, 2025, hereby ORDERED that the following briefing schedule shall apply to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint:

1. Defendants' Opening Brief shall be filed on or before **July 23, 2025**.

2. Plaintiff's Opposition Brief shall be filed on or before **August 11, 2025**.

3. Defendants' Reply Brief, if any, shall be filed on or before **August 15, 2025**.

SO ORDERED:

_____

               Kiel, J.