

James A. Keller
Phone: (215) 972-1964
james.keller@saul.com
www.saul.com

August 15, 2025

***Via Electronic Filing Only***
The Honorable Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: Reply in Support of Motion to Dismiss Plaintiff's Third Amended Complaint
Pruchno v. Rowan University, et al, Case 1:24-cv-06619-ESK-EAP

Dear Judge Kiel:

This firm represents Defendants Rowan University (the "University"), Keith Burkhardt ("Burkhardt"), Thomas Cavalieri ("Cavalieri"), Richard Jermyn ("Jermyn"), Anthony Lowman ("Lowman"), Henry Oh ("Oh"), and Kevin Overbeck ("Overbeck") (collectively, the "Defendants") in the above-referenced matter. Defendants write to update our Letter Request for an Adjournment for our Reply Brief made to the Court yesterday, on August 14, 2025. *See* ECF No. 34 ("Letter Request"). Since we submitted the Letter Request to the Court, we have obtained the consent of Counsel for Plaintiff, Rachel Pruchno, for a one-week extension for our Reply Brief in Support of our Motion to Dismiss Plaintiff's Third Amended Complaint. As such, I respectfully renew the Letter Request submitted on August 14, 2025 requesting an extension to submit Defendants' Reply Brief by no later than Friday, August 22, 2025.

We thank the Court in advance for its time and consideration regarding this request.

Respectfully submitted,

By: */s/ James A. Keller*
James A. Keller

cc: all counsel of record (via ECF)

M. Paige Berry – Princeton Managing Partner
650 College Road East, Suite 4000 ◆ Princeton, NJ 08540-6603 ◆ Phone: (609) 452-3100 ◆ Fax: (609) 452-3122

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
56068240.1