

James A. Keller
Phone:  (215) 972-1964
james.keller@saul.com
www.saul.com

August 14, 2025

**_Via Electronic Filing Only_**
The Honorable Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

# ORDER

RE:   Reply in Support of Motion to Dismiss Plaintiff's Third Amended Complaint
       Pruchno v. Rowan University, et al, Case 1:24-cv-06619-ESK-EAP

Dear Judge Kiel:

This firm represents Defendants Rowan University (the "University"), Keith Burkhardt ("Burkhardt"), Thomas Cavalieri ("Cavalieri"), Richard Jermyn ("Jermyn"), Anthony Lowman ("Lowman"), Henry Oh ("Oh"), and Kevin Overbeck ("Overbeck") (collectively, the "Defendants") in the above-referenced matter. On July 23, 2025, Defendants submitted a Motion to Dismiss Plaintiff Rachel Pruchno's Third Amended Complaint. *See* ECF No. 30. On August 11, 2025, Plaintiff submitted an Opposition to Defendants' Motion to Dismiss the Third Amended Complaint. *See* ECF No. 33. Presently, pursuant to the Order of July 3, 2025, Defendants' Reply Brief in Support of their Motion to Dismiss is presently due to be filed on or before August 15, 2025. *See* ECF No. 28. Defendants write this letter to request a brief extension of time to submit their Reply Brief by one week, for a deadline of August 22, 2025.

I respectfully request this extension due to personal family obligations within the past week, which have necessitated cross-country travel as I move my daughter into college in Los Angeles. This morning I requested consent of counsel for Plaintiff, but have not yet received a response. Given the timing, I wanted to get this letter in to Your Honor immediately. I respectfully submit that granting this request would not cause prejudice to any party because even if Your Honor sets the return date of the Motion to September 2, 2025, the Reply Brief would be filed prior to seven days preceding the return date. *See* L. Civ. R. 7.1(d)(3).

M. Paige Berry – Princeton Managing Partner
650 College Road East, Suite 4000 ◆ Princeton, NJ 08540-6603 ◆ Phone: (609) 452-3100 ◆ Fax: (609) 452-3122

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
56061733.2

August 14, 2025
Page 2

    In sum, Defendants respectfully request that the Court grant the request to file a Reply Brief in Support of the Motion to Dismiss Plaintiff's Third Amended Complaint on or before Friday, August 22, 2025. We thank the Court in advance for its time and consideration regarding this request.

    Respectfully submitted,

By: */s/ James A. Keller*
    James A. Keller

cc: all counsel of record (via ECF)

**So Ordered.**

    **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.D.J.**
**Date: August 15, 2025**