MARK | LAVIGNE, LLC
LAW FIRM

**Main Office**
675 Morris Avenue, Suite 300
Springfield, New Jersey 07081
973.845.6606 (Main)
973-232-5226- (Direct)

Jamison M. Mark, Esq.[v]Δ#
Edward J. Herban, Esq.[v]‡
Taylor M. Ruggieri, Esq.[v]‡
Edward C. Monaghan, Esq.[v]
Christopher L. Jackson, Esq.[v]
Lawrence N. Lavigne, Esq.[v]‡×

[v]New Jersey Bar
‡New York Bar
ΔNorth Carolina Bar
×Of Counsel

***#Certified by the N.J. Supreme Court as a Civil Trial Attorney***

August 11, 2026

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 1050
Camden, NJ 08101

RE: Pruchno v. Rowan University, et al.;
Civil Action No.: 1:24-cv-06619-ESK-EAP
Joint Status Letter Regarding ESI Meet-and-Confer

Dear Judge Skahill:

As Your Honor is aware, the undersigned represents Plaintiff Rachel Pruchno. We write jointly with counsel for Defendants to provide the Court with a status update regarding the parties' discovery of electronically stored information ("ESI"), and to advise that the parties do not, at this time, anticipate any significant disputes concerning that discovery. The Parties exchanged their respective Rule 26.(a)(1) initial disclosures on July 31, 2026.

Pursuant to L.Civ.R. 26.1(b)(2) and L.Civ.R. 26.1(d), counsel for the parties conducted a meet-and-confer conference concerning the preservation, identification, collection, and production of ESI. The parties discussed, among other things, categories of information sought, form and procedures of information sought, and how to deal with inadvertent production of privileged information.

As a result of that conferral process, the parties are not presently aware of any significant disputes regarding the scope or handling of ESI in this matter. Should any such disputes arise as discovery proceeds, the parties will make good-faith efforts to resolve them through further meet-and-confer discussions, consistent with applicable court rules, and will bring any unresolved issues to the Court's attention only if and when necessary.

We thank the Court for its attention to this matter, and counsel for both parties remain available should the Court have any questions or wish to schedule a status conference.

Respectfully submitted,

***MARK | LAVIGNE, LLC***

**EDWARD J. HERBAN, ESQ.**

EJH/me
cc: client