SAUL EWING LLP

Katherine Ellen Chrisman
Phone: (609) 452-3129
Fax: (609) 452-3122
Katherine.Chrisman@saul.com
www.saul.com

November 16, 2026

***Via Electronic Filing Only***
The Honorable Matthew J. Skahill, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**RE: Request to Adjourn Status Conference**
**Pruchno v. Rowan University, et al, Case 1:24-cv-06619-ESK-EAP**

Dear Judge Skahill:

As you are aware, this firm represents Defendants Rowan University, Keith Burkhardt, Thomas Cavalieri, Richard Jermyn, Anthony Lowman, Henry Oh, and Kevin Overbeck in connection with the above-referenced matter. We respectfully request an adjournment of the telephone status conference scheduled for November 23, 2026 at 2:00 PM, because defense counsel is unavailable at that time. Specifically, Ms. Chrisman has a medical appointment that day at 2:30 PM she is unable to reschedule. Edward J. Herban, has consented to this request. The parties have conferred and are available on November 30, 2026, at 11:00 AM, if that date and time are convenient for the Court.

We thank the Court in advance for its time and consideration regarding this request.

Respectfully Submitted,

/s/ Katherine Ellen Chrisman
Katherine Ellen Chrisman

cc: all counsel of record (via ECF)